IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY A. WALLACE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN CABLE SYSTEMS, LLC, and JERRY RUSSELL TYLER, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:19mc3874-WKW-WC |

## **ORDER**

Pending before the Court is a Motion to Quash Plaintiff's Subpoena (Doc. 1) filed by Allied Eastern Indemnity Company. Plaintiff filed a response (Doc. 5) representing that the parties have reached a settlement of all issues and that the motion has been resolved. Accordingly, it is hereby

ORDERED as follows:

(1)   The telephone hearing set for June 19, 2019, at 11:00 a.m. is cancelled;

(2)   The Motion to Quash Plaintiff's Subpoena (Doc. 1) is DENIED as moot; and

(3)   The Clerk of the Court is DIRECTED to close this file.

Done this 19th day of June, 2019.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE